AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Stanley McGaugh, Individually and on behalf of the Estate of Edward Lyons, <br><br> *Plaintiff(s)* <br> v. <br> Syngenta Crop Protection LLC, Syngenta AG, and Chevron U.S.A., Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-pq-2981-NJR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Syngenta Crop Protection LLC
410 S. Swing Road
Greensboro, NC 27409

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chad A. Finley
TorHoerman Law LLC
210 South Main Street
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/1/2023

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Stanley McGaugh, Individually and on behalf of the Estate of Edward Lyons,<br><br>*Plaintiff(s)*<br>v.<br>Syngenta Crop Protection LLC, Syngenta AG, and Chevron U.S.A., Inc.<br><br>*Defendant(s)* | Civil Action No. 3:23-PQ-2981-NJR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Syngenta AG
PO Box
CH-4002 Basel
Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Chad A. Finley
TorHoerman Law LLC
210 South Main Street
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/1/2023                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Stanley McGaugh, Individually and on behalf of the Estate of Edward Lyons,<br><br>*Plaintiff(s)*<br>v.<br>Syngenta Crop Protection LLC, Syngenta AG, and Chevron U.S.A., Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:23-PQ-2981-NJR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chevron U.S.A., Inc.
Corporation Service Company which will do Business in California as CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chad A. Finley
TorHoerman Law LLC
210 South Main Street
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/1/2023

*Signature of Clerk or Deputy Clerk*